Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 JAN -3 PM 12: 05
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
District of Nebraska
_____ Division

Jallah K Bolay
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Concordia University, Nebraska
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 8:23 CV 1
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

RECEIVED
JAN - 3 2023
CLERK
U.S. DISTRICT COURT

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jallah K Bolay
Street Address: 407 Fletcher Ave, Apt. 8
City and County: Lincoln, Lancaster County
State and Zip Code: Nebraska 68508
Telephone Number: 785-462-5321
E-mail Address: jallah.bolay@cune.org

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name: Concordia University Nebraska
Job or Title (if known):
Street Address: 800 N Columbia Ave
City and County: Seward, Seward County
State and Zip Code: Nebraska, 68434
Telephone Number: 402-643-3651
E-mail Address (if known): bernard.bull@cune.edu

Defendant No. 2
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question  [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code § 1513 - Retaliating against a victim (Complainant)
18 U.S. Code § 242 - Deprivation of rights under color of law
42 U.S. Code § 12203 - Prohibition against retaliation and coercion

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Jallah K Bolay , is a citizen of the State of *(name)* Nebraska .

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____
       and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation
The defendant, (name) _Concordia University Nebraska_, is incorporated under the laws of the State of (name) _Nebraska_, and has its principal place of business in the State of (name) _Nebraska_.
Or is incorporated under the laws of (foreign nation) _____
and has its principal place of business in (name) _____

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

_See attached page for II 3_

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_See attached for III_

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_In light of the aforementioned, I am hereby seeking due-process in accordance with the law. And next, I am open to further resolution and relief as fitting._

II 3
---

⇒ The retaliatory action and failure by Concordia University Nebraska to enroll me into my MBA course negatively impacted a $15,000-plus student loan opportunity; and that significantly contributed to a financial distress situation that led me out of my apartment (residence) and also created a living hardship for me.

⇒ The retaliatory action and failure by Concordia University Nebraska negatively impacted my MBA education and created a 12 months set back.

## III

Plaintiff Bolay was enrolled in an MBA-508 Innovation & Business Model Generation course at Concordia University Nebraska in the Spring of 2022. At the end of the course, Plaintiff Bolay contacted his course professor who was also the MBA program Director (in good faith) regarding his grade discrepancy and to share the unusual bully attempts by a few new class members during instructional hours; and at times with the course professor even aiding and abetting bully attempts and action directed at plaintiff Bolay. Unfortunately the MBA-508 Professor deliberately chose to NOT address and resolve plaintiff Bolay" MBA-508 course concern/issues. So plaintiff Bolay contacted the ~~Concordia~~ defendant

Next page

Concordia Nebraska to report his 2022 spring MBA grade discrepancy, and bully attempts/action and the unproductive learning experience he had during the spring 2022 semester.

At the end of the day and instead, plaintiff Bolay's MBA program at Concordia University Nebraska was disrupted.

Defendant Concordia Nebraska failed to fairly resolve plaintiff Bolay's course grade discrepancy, and the bullying ~~exper~~ attempts and actions.

And the overall unproductive learning experience plaintiff Bolay had during the spring 2022 semester. Even worse, Defendant Concordia University Nebraska retaliated against Plaintiff Bolay by not allowing him to continue his MBA program ~~with~~ up to date. And just less than 6 courses to graduation.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec 17, 2022

Signature of Plaintiff: *Jallah Boloy*

Printed Name of Plaintiff: Jallah K Boloy

#### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

United State District Court of Nebraska
111 South 18th Plaza, Suite 1152
Omaha NE, 68102

OMAHA NE
18 DEC 2022 PM 4 L

RECEIVED
JAN - 3 2023
CLERK
U.S. DISTRICT COURT

Return: Jalloh Bolay
~~Moffitt Ave~~ 940 Moffit Ave
Seward NE 68434

