IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JALLAH K BOLAY,<br><br>                    Plaintiff,<br><br>vs.<br><br>CONCORDIA UNIVERSITY, NEBRASKA,<br><br>                    Defendant. | **8:23CV1**<br><br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff Jallah K. Bolay's Motion for Leave to Proceed in Forma Pauperis ("IFP").  Filing No. 2.  Plaintiff's motion is unsigned and incomplete as it only consists of the first page of the two-age Form AO 240 Application to Proceed in District Court Without Prepaying Fees or Costs.  Based on the information presented, the Court cannot determine the extent of Plaintiff's available assets, and Plaintiff's IFP motion does not comply with the terms of 28 U.S.C. § 1915, the statute authorizing proceedings in forma pauperis.  *See* 28 U.S.C. § 1915(a)(1) (requiring the plaintiff to submit "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor").  Plaintiff has the choice of either submitting the $402.00 filing and administrative fees to the Clerk's office or submitting a signed request to proceed in forma pauperis that complies with 28 U.S.C. § 1915.  Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Motion for Leave to Proceed IFP, Filing No. 2, is denied without prejudice to reassertion in in a motion to proceed in forma pauperis that complies with 28 U.S.C. § 1915.

2.      Plaintiff is directed to submit the $402.00 fees to the Clerk's office or submit a signed request to proceed in forma pauperis within 30 days.  Failure to take either action will result in dismissal of this matter without further notice.

3.      The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

4.      The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **February 6, 2023**: Check for MIFP or payment.


Dated this 5th day of January, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2