IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JALLAH K BOLAY,<br><br>Plaintiff,<br><br>vs.<br><br>CONCORDIA UNIVERSITY, NEBRASKA,<br><br>Defendant. | 8:23CV1<br><br>MEMORANDUM AND ORDER |

On January 5, 2023, the Court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a request for leave to proceed in forma pauperis that complied with 28 U.S.C. § 1915 within 30 days or face dismissal of this action. Filing No. 5. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 15th day of February, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge